# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1167

_____

Andre Rahim/Hunter,

        Appellant,

        v.

Eric Bowman, CO-I, East Arkansas
Regional Unit, ADC; Larry Norris,
Director, Arkansas Department of
Correction; Ray Hobbs, Chief Deputy
Director, Arkansas Department of
Correction; G. Harmon, Warden, East
Arkansas Regional Unit, ADC; Mrs.
Tobar, Sgt., East Arkansas Regional
Unit; Arthur Brown, CO-I, East
Arkansas Regional Unit, ADC,

        Appellees.

\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.

\*  [UNPUBLISHED]

_____

Submitted: September 19, 2006
Filed: September 28, 2006

_____

Before WOLLMAN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Inmate Andre Rahim/Hunter appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action after a pretrial evidentiary hearing.  We grant him in forma pauperis status, leaving the fee-collection details to the district court.  See Henderson v. Norris, 129 F.3d 481, 483-85 (8th Cir. 1997) (per curiam).  We find no abuse of discretion in the district court's Federal Rule of Civil Procedure 4(m) dismissal without prejudice of the claims against defendant officers Eric Bowman and Arthur Brown.  See Edwards v. Edwards, 754 F.2d 298, 298 (8th Cir. 1985) (per curiam). Having carefully reviewed the audiotape of the evidentiary hearing, see Johnson v. Cowell Steel Structures, Inc., 991 F.2d 474, 478 (8th Cir. 1993), we agree with the district court's assessment of Rahim/Hunter's claims against the remaining parties.

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).